IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FRANCIS MOSTELLER

    Plaintiff,

v.                                                        Civil Action No. 1:20-CV-01316-SMV-KK

DOLLAR TREE STORES, INC.

    Defendant.

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

THIS MATTER having come before the Court upon the motion of the parties for a Stipulation of Dismissal of all claims or potential claims that have been brought or could have been brought by Plaintiff Francis Mosteller and Defendant Dollar Tree Stores, Inc., the Court finds that the Stipulation of Dismissal with Prejudice is well taken and shall be GRANTED.

IT IS THEREOFRE ORDERED, ADJUDGED, AND DECREED that Plaintiff's complaint against Defendant Dollar Tree Stores, Inc. be, and hereby is, dismissed with prejudice.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that all claims brought, or that could have been brought, between the Plaintiff and Defendant are hereby dismissed with prejudice.

IT IS FUTHER ORDERED, ADJUDGED, AND DECREED that each party is to bear its own costs and attorney's fees.

                                                      _____
                                                      THE HONORABLE STEPHAN M. VIDMAR
                                                      UNITED STATES MAGISTRATE JUDGE
                                                      Presiding by Consent

Submitted by:

**HALL & EVANS, LLC**

*/s/ Brian R. Mannal*
Brian R. Mannal
*Counsel for Defendant Dollar Tree Store, Inc.*
2200 Brothers Rd.
Santa Fe, New Mexico 87505
505-835-8923
mannalb@hallevans.com

Approved by:

**PARNALL LAW FIRM, LLC**

*/s/ Aimee Martuccio Whitsell*
Aimee Martuccio Whitsell
*Counsel for Plaintiff Francis Mosteller*
P.O. Box 8009
Albuquerque, NM 87198
aimee@parnalllaw.com